JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>TWO GECKO LIZARDS AND SEVEN OFFSPRING,<br><br>                    Defendants. | Case No. 2:14-cv-0520-ODW(MANx)<br><br>**JUDGMENT OF FORFEITURE** |

In light of the Court's August 26, 2014 Order Granting Plaintiff's Motion for Default Judgment, it is hereby **ORDERED** that:

1. Default judgment is entered against the interests of Michael Plank and all other potential claimants in Defendants Two Gecko Lizards and Seven Offspring;

2. Defendants are forfeited to the United States of America, which shall dispose of Defendants in the manner required by law;

3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

August 26, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**